FILED
CHARLOTTE, NC

AUG 2 1 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. **3:24-CR-168-MOC** |
| v. | **BILL OF INDICTMENT** |
| HARRISON RASHAUN DAVIS | Violations:<br>18 USC § 922(g) |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Felon in Possession of Firearm)*

On or about June 28, 2023, in Mecklenburg County, within the Western District of North Carolina,

**HARRISON RASHAUN DAVIS**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, to wit: one Glock 22, .40 caliber pistol.

In violation of Title 18, United States Code, Section 922(g)(1).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms and ammunition involved or used in the violations set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. One Glock 22, .40 caliber pistol and ammunition seized during a vehicle search on June 28, 2023, during the investigation at 1930 Interface Ln, in Charlotte, North Carolina.

A TRUE BILL:

███████████████

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

_____
BRANDON BOYKIN
ASSISTANT UNITED STATES ATTORNEY

2